UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANNY LYNN WILLIAMS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CLAIBORNE COUNTY JAIL, )<br>CLAIBORNE COUNTY JAIL STAFF, )<br>and CLAIBORN COUNTY JAIL )<br>MEDICAL, )<br>)<br>*Defendants*. ) | No.: 3:14-cv-557-PLR-HBG |

## MEMORANDUM and ORDER

This is a prisoner's *pro se* civil rights action under 42 U.S.C. § 1983. On December 5, 2014, the Court entered a screening order, advising plaintiff that his complaint failed to state a claim, allowing him twenty (20) days to amend his pleading to correct deficiencies noted in that order, and warning him that his failure to amend would result in the dismissal of his case for failure to state a claim for relief. More than twenty days have passed since that order was entered, and plaintiff has not amended his complaint or otherwise responded to that order.

Accordingly, this lawsuit will be **DISMISSED** for failure to state a claim which would entitle plaintiff to relief. The Court also **CERTIFIES** that any appeal taken from this action would not be taken in good faith and would be frivolous. 28 U.S.C. § 1915(a)(3). Thus, should plaintiff file a notice of appeal, he must also submit the

appellate filing fee of $505.00 or, alternatively, a motion for leave to *proceed in forma pauperis* on appeal, a financial affidavit, and a certified copy of his inmate trust fund showing the transactions in the account for the prior six months.

**ENTER**:

_____
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

2

Case 3:14-cv-00557-PLR-HBG   Document 4   Filed 02/19/15   Page 2 of 2   PageID #: 24