UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANNY LYNN WILLIAMS, | ) |
| *Plaintiff,* | ) ) ) |
| | ) No.: 3:14-cv-557-PLR-HBG |
| v. | ) ) |
| CLAIBORNE COUNTY JAIL, CLAIBORNE COUNTY JAIL STAFF, and CLAIBORN COUNTY JAIL MEDICAL, | ) ) ) ) ) |
| *Defendants.* | ) |

## JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2).

ENTER:

/s/ Pamela L. Reeves
PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra L. Poplin*
CLERK OF COURT